UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ANTHONY M. WOLFE, | IN LAW AND ADMIRALTY |
|---|---|
| Plaintiff, | CASE NO. 2:16-cv-00869-RSM |
| v. | STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |
| RANDOLPH SHIPMAN and "JANE DOE" SHIPMAN and the marital community composed thereof, F/V DIXIE B, her engine, tackle, gear, fishing rights, Rule 28 USC 1916 furniture, apparel, appurtenances and equipment, O.N. 616594, | |
| Defendants. | |

## I. STIPULATION

Plaintiff, by and through his attorneys of record, Joseph S. Stacey of Stacey & Jacobsen, LLP and Patrick Burpee, and Defendants, by and through their attorney, Thomas G. Waller of Bauer Moynihan & Johnson LLP, stipulate that all claims against Defendants

STIPULATION & ORDER OF
DISMISSAL - 1

STACEY & JACOBSEN, LLP
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

may be dismissed with prejudice and without costs and attorney's fees as to any party in the above-captioned matter.

DATED this _____ day of June, 2017.

STACEY & JACOBSEN, LLP

_____
Joseph S. Stacey, WSBA #12840
Stacey & Jacobsen, LLP
4039 - 21st Avenue W., #401
Seattle, WA 98199
Telephone: 206-282-3100
Fax: 206-282-1149
E-mail: bstj@maritimelawyer.us
Attorneys for Plaintiff


LAW OFFICE OF PATRICK C. BURPEE, LLC

_____
Patrick C. Burpee
5315 22nd Avenue NW
Seattle, WA 98127
Telephone: 206-686-7475
Fax: 206-686-7475
E-mail: burpeelaw@gmail.com
Attorney for Plaintiff

BAUER MOYNIHAN & JOHNSON LLP


_____
Thomas G. Waller WSBA No. 22963
Attorney for Defendants Randy Shipman and Brenda Shipman
Bauer Moynihan & Johnson LLP

STIPULATION & ORDER OF DISMISSAL - 2

Stacey & Jacobsen, LLP
ATTORNEYS AT LAW
Washington Alaska Oregon
4039 21st Avenue West, Suite 401
Seattle, WA 98199
Telephone (206) 282-3100

2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
E-mail: tgwaller@bmjlaw.com

## II. ORDER

THIS MATTER having come before this Court by way of stipulation by the Plaintiff and Defendants to dismiss all claims against Defendants and without costs and attorney's fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby **ORDERED, ADJUGED AND DECREED** as follows:

All claims against Defendants are hereby dismissed with prejudice and without costs and attorney's fees as to any party.

DATED this 28 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER OF DISMISSAL - 3

Stacey & Jacobsen, LLP
ATTORNEYS AT LAW
Washington Alaska Oregon
4039 21st Avenue West, Suite 401
Seattle, WA 98199
Telephone (206) 282-3100

Presented By:

STACEY & JACOBSEN, LLP

_____
Joseph S. Stacey, WSBA #12840
Stacey & Jacobsen, LLP
4039 - 21st Avenue W., #401
Seattle, WA 98199
Telephone: 206-282-3100
Fax: 206-282-1149
E-mail: jstacey@maritimelawyer.us
Attorneys for Plaintiff

LAW OFFICE OF PATRICK C. BURPEE, LLC

_____
Patrick C. Burpee
5315 22nd Avenue NW
Seattle, WA 98127
Telephone: 206-686-7475
Fax: 206-686-7475
E-mail: burpeelaw@gmail.com
Attorney for Plaintiff

BAUER MOYNIHAN & JOHNSON LLP

_____
Thomas G. Waller WSBA No. 22963
Attorney for Defendants Randy Shipman
and Brenda Shipman
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
E-mail: tgwaller@bmjlaw.com

STIPULATION & ORDER OF DISMISSAL - 4

STACEY & JACOBSEN, LLP
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100